**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ANTHONY WOODALL,

    Petitioner,

v.                                                                           CASE NO:  5:11-CV-363-Oc-30TBS

WARDEN, FCC COLEMAN - LOW,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon Anthony Woodall's Petition for Writ of Habeas Corpus (Dkt. #1) filed pursuant to 28 U.S.C. § 2241, Respondent's Response (Dkt. #5), and Petitioner's Reply (Dkt. #6).  Upon consideration, the Court concludes that the petition must be denied because the eligibility for early release is within the sole discretion of the Bureau of Prisons ("BOP").  But the Court acknowledges that Woodall's sentencing transcript supports his position that he himself did not possess the gun in question and he was not charged with a conspiracy or otherwise held responsible for the gun found in the co-defendant's room.

In his petition, Woodall complains that he has successfully completed the residential drug treatment program in the BOP.  Normally this would entitle him to a credit for early release, but the BOP has deemed him ineligible for the credit because his drug conviction, according to Woodall's presentence investigation report, involved the possession of a firearm.  Woodall asks this Court to write a letter to the BOP explaining that it was not his firearm.

First, the Court notes that whether a prisoner is granted a sentence reduction is entirely within the discretion of the BOP. That decision is not subject to judicial review. *Cook v. Wiley*, 208 F.3d 1314 (11th Cir. 2000). Therefore, this Court will not grant the § 2241 petition.

However, the Court notes Woodall's sentencing transcript makes it clear that the gun in question was not in the possession of Woodall. It was located in another room, occupied by a co-defendant, with no evidence of knowledge of the gun on the part of Woodall. Woodall may show this Order to the BOP and see if this clarification is of assistance to his request for early release credit.

It is therefore ORDERED AND ADJUDGED that:

1. The Petition for Writ of Habeas Corpus (Dkt. #1) is DENIED.

2. The Clerk is directed to enter Judgment in favor of Respondent and against Petitioner.

3. Anthony Woodall may show this Order to the Bureau of Prisons to see if the clarification of the gun possession issue is of assistance to him.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 8, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-363.Ocala Woodall.wpd